UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J&J SPORTS PRODUCTIONS, INC.                    CIVIL ACTION

VERSUS                                          NO. 3:16-cv-568-JWD-RLB

TIENDA y TAQUERIA "LA FRONTERA",
LLC d/b/a TIENDA y TAQUERIA "LA
FRONTERA", ERIKA PAOLA SIBLEY AND
TODD LEE SIBLEY

## AMENDED MOTION TO DISMISS

**NOW INTO COURT**, comes the defendant, TIENDA y TAQUERIA "LA FRONTERA", LLC d/b/a TIENDA y TAQUERIA "LA FRONTERA", ERIKA PAOLA SIBLEY AND TODD LEE SIBLEY, who amends its original motion to dismiss.

Pursuant to the court's Ruling and Order of July 24, 2017 (Doc. 38-8,9) hereby amends its motion to dismiss to add Exhibit A.

Respectfully Submitted:

**FAYARD & HONEYCUTT**


By:*/s/ Colt J. Fore*
    D. Blayne Honeycutt (18264)
    Colt J. Fore  (34288)
    519 Florida Boulevard SW
    Denham Springs, LA 70726
    Telephone: (225) 664-0304
    Counsel for defendants

**<u>Certificate of Service</u>**

I hereby certify that on this 28th day of July, 2017, a copy of the above and foregoing has

been electronically filed with the Clerk of Court using the CM/ECF system, which then sent

notification of such filing to all counsel of record.

*/S/ Colt J. Fore*
Colt J. Fore
