UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

J&J SPORTS PRODUCTIONS, INC.                               CIVIL ACTION

VERSUS                                                     NO. 16-568-JWD-RLB

TIENDA y TAQUERIA "LA FRONTERA",
LLC d/b/a TIENDA y TAQUERIA "LA
FRONTERA", ERIKA PAOLA SIBLEY AND
TODD LEE SIBLEY

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the defendants', TIENDA y TAQUERIA "LA FRONTERA", LLC d/b/a TIENDA y TAQUERIA "LA FRONTERA", ERIKA PAOLA SIBLEY AND TODD LEE SIBLEY, followed the courts July 24, 2017 order by Amending their Motion to Dismiss within seven days of such order to attach the Exhibit A, (1) the Commercial Services Agreement between Cox and La Frontera and; (2) La Fronterra's Cox bill from the month of May 2015, displaying a usage charge of $99.99 for La Frontera's order of the Program via pay-per-view.

**IT IS FURTHER ORDERED** that the defendants', TIENDA y TAQUERIA "LA FRONTERA", LLC d/b/a TIENDA y TAQUERIA "LA FRONTERA", ERIKA PAOLA SIBLEY AND TODD LEE SIBLEY, Amended Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc 39) is **GRANTED** with respect to Plaintiff's claims brought under 47 U.S.C. § 605 and 553. Claims brought against TIENDA y TAQUERIA "LA FRONTERA", LLC d/b/a TIENDA y TAQUERIA "LA FRONTERA", ERIKA PAOLA SIBLEY AND TODD LEE SIBLEY, under 47 U.S.C. § 605 and 553 in this action are hereby **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on <u>August 4, 2017</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**