UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J&J SPORTS PRODUCTIONS, INC.              CASE NO: 3:16-cv-568-JWD-RLB

VERSUS

TIENDA y TAQUERIA "LA FRONTERA",
LLC d/b/a TIENDA y TAQUERIA "LA
FRONTERA",   ERIKA PAOLA SIBLEY AND
TODD LEE SIBLEY

## ORDER

Having considered the "Stipulation of Dismissal of All Remaining Claims",

IT IS ORDERED that all remaining claims are dismissed, with prejudice, each party to pay its own court costs and litigation costs.

Signed in Baton Rouge, Louisiana, on June 21, 2018.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**